IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WOODIE FRANK MARRISETTE,         :

    Plaintiff,                   :

vs.                              :      CIVIL ACTION 13-0284-WS-M

GREEN TREE-AL LLC, *et al.*,     :

    Defendants.                  :

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for lack of subject matter jurisdiction.

DONE this 24th day of April, 2014.

                              s/WILLIAM H. STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE