IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WOODIE FRANK MARRISETTE, :

    Plaintiff, :

vs. : CIVIL ACTION 13-0284-WS-M

GREEN TREE-AL LLC, *et al.*, :

    Defendants. :

JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

DONE this 24th day of April, 2014.

                                         s/WILLIAM H. STEELE
                                         CHIEF UNITED STATES DISTRICT JUDGE